IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DALE BELL, | 1:06-CV-1489 OWW SMS HC |
| Petitioner, | |
| vs. | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** FILING FEE |
| K. MENDOZA-POWERS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was originally filed on September 27, 2006, in the United States District Court for the Northern District of California. It was ordered transferred to the Fresno Division on October 17, 2006, and received in this Court on October 24, 2006. Petitioner has not paid the $5.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   December 7, 2006**          /s/ Sandra M. Snyder
23ehd0                                  UNITED STATES MAGISTRATE JUDGE