IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DALE BELL,                              1:06-CV-1489 OWW SMS HC

      Petitioner,

    vs.                                    ORDER VACATING ORDER OF
                                               DECEMBER 8, 2006
K. MENDOZA-POWERS,
Warden,                                        (DOCUMENT #5)

      Respondent.
_____/

     Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On December 8, 2006, the court ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee.  On December 20, 2006, petitioner submitted a letter with the court, providing evidence that he had paid the $5.00 filing fee for this case at the United States District Court in the Northern District of California, receipt dated September 27, 2006.  Accordingly, good cause having been provided to the court, and good cause appearing, IT IS HEREBY ORDERED THAT the court's order of December 8, 2006, entitled "Order to Submit Application to Proceed in Forma Pauperis or filing fee," is VACATED in its entirety.

IT IS SO ORDERED.

**Dated:  January 8, 2007**          **/s/ Sandra M. Snyder**
23ehd0                               UNITED STATES MAGISTRATE JUDGE