1

2

3

4

5

6

7

8

9             UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

STEVEN DALE BELL,                    )    1:06-CV-01489 OWW SMS HC
12                                       )
            Petitioner,                  )
13                                       )    ORDER GRANTING PETITIONER'S
      v.                                 )    REQUEST TO SUPPLEMENT TRAVERSE
14                                       )    [Document #17]
K. MENDOZA-POWERS, Warden,               )
15                                       )
            Respondent.                  )
16 _____)

17

18          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

19   pursuant to 28 U.S.C. § 2254.

20          On June 4, 2007, Petitioner filed his traverse to Respondent's answer. On July 13, 2007,

21   Petitioner filed a request to supplement his traverse with additional authority. Petitioner states the

     additional authority was not available to him when he filed his traverse.
22
            Accordingly, good cause having been presented to the Court and good cause appearing
23
     therefor, Petitioner's request to supplement his traverse is GRANTED. The petition will be
24
     addressed on the merits in due course.
25
     IT IS SO ORDERED.
26
     **Dated:    August 15, 2007**                        _/s/ Sandra M. Snyder_
27                                            UNITED STATES MAGISTRATE JUDGE

28